**Opinion issued November 13, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

### NO. 01-22-00317-CV

————————————

**DETECTIVE GEORGE SCHILTER AND SHRINERS HOSPITALS FOR CHILDREN, Appellants**

**V.**

**CADENCE BANK, N.A., Appellee**

---

**On Appeal from the Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 442,669**

---

### MEMORANDUM OPINION

We previously abated this appeal for the parties to finalize their settlement. Appellants have now filed a "Status Report," stating that the parties have resolved their disputes. We interpret appellants' filing as a motion to dismiss their appeal.

*See* TEX. R. APP. P. 42.1(a)(1).  No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Further, although appellants failed to include a certificate of conference in their motion, appellants' motion includes a certificate of service, more than 10 days have passed since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we reinstate the appeal, grant appellants' motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).  We also dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey.